Martin Holly (State Bar No. 201421)
 *mdh@manningllp.com*
Anthony Werbin (State Bar No. 285684)
 *aww@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant Target Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KATHRYN GARCIA,<br><br>   Plaintiff,<br><br> vs.<br><br>TARGET CORPORATION AND DOES 1 to 100 INCLUSIVE,<br><br>   Defendants. | Case No. 2:18-cv-06072 MWF (MRWx)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

  The Stipulation of Defendant TARGET CORPORATION and Plaintiff KATHRYN GARCIA for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. BC668601.

Dated: August 7, 2018

                _____
                UNITED STATES DISTRICT JUDGE